IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CHEN JIANPING,

Petitioner,

v. Civil Action No. 2:26-cv-1017

JEFFREY CRAWFORD, *et al.*,

Respondents.

**FINAL ORDER**

This matter is before the Court on the 28 U.S.C. § 2241 petition of Chen Jianping ("Petitioner"), a detainee of United States Immigration and Customs Enforcement, seeking immediate release from custody or a bond hearing. Dkt. No. 1. The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Rule 72 of the Local Civil Rules. Dkt. No. 7.

On October 19, 2026, the Magistrate Judge filed a Report and Recommendation recommending that the Court deny the Petition as Petitioner's detention is lawful under 8 U.S.C. § 1231 and his removal is reasonably foreseeable within the next two months. Dkt. No. 9, at 4–5. Accordingly, the Report and Recommendation recommended that the Court vacate the portion of its Order entered September 25, 2026, directing that Petitioner not be removed or transferred from this district for any reason without this Court's permission. *Id.* at 5. By copy of the report, the parties were advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge, *id.* at 6, and no objections have been filed.

The Court, having reviewed the record, does hereby accept the findings and recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED** that

the petition for a writ of habeas corpus is **DENIED**. It is **FURTHER ORDERED** that this Court's Order of September 25, 2026, Dkt. No. 4, to the extent that it precludes Federal Respondents from removing Petitioner from this District, is hereby **VACATED**.

The Clerk is DIRECTED to send a copy of this Order to Petitioner at his address of record and all counsel of record.

It is SO ORDERED.

/s/

Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: November 16, 2026